

**BRAGGDISC**
ZIJA AND GENERIC
RECRUITING/CONTACT

Home Page | The Zija Disc | Generic Recruiting Disc | Generic Contact Disc | Back Office | Testimonials | Register & Order

**HOME PAGE**
**$120.00**
**12 DAYS BEFORE CHRISTMAS SALE! ANNUAL PLAN AND 20 BRAGGDISCS ONLY**

**Why use BraggDisc?  This video gives a short explanation**

# 5 Day Free trial!!

Full use of the web system, text, emails, etc. No credit card needed.

Play the content from a website, no need to mail discs for long distance recruiting!!

## Announcing 2 new GENERIC discs to Build your Business

### A Contact Disc and a Recruiting Disc

(Click on each tab above to see the individual disc contents)



EXHIBIT
_A_



Play the content from a website, no need to mail discs for long distance recruiting!!

## Announcing 2 new GENERIC discs to Build your Business
## A Contact Disc and a Recruiting Disc
#### (Click on each tab above to see the individual disc contents)

The Zija Disc.  Now updated with the new XM3 and 3 new video clips from the Food Matters DVD that drive home the message of superfoods and liquid nutrition.  Preview at the Zija tab above.

These powerful video clips from the Brilliant Compensation DVD combined with the current uncertain economic times will send your recruiting soaring. Preview this disc at the "Generic Recruiting disc" tab above.

The Generic Contact Disc.  All content is taken from the Food Matters DVD. Have Internationally known experts tell your prospect why they should be consuming Zija. Preview this disc at the "Generic Contact Disc" tab above.



## GENERIC RECRUITING DISC

Prices are:  10-49 discs = $2.50 per disc,
           50-99 discs = $2.25 per disc
           100+ discs = $2.00 per disc.
Discs come in packs of 10. There are 3 service plans. The annual choice gives you 2 months free service, and 30 free discs! Go to the order now tab for your code #, and then to the shopping cart.





100+ discs = $2.00 per disc.
Discs come in packs of 10. There are 3 service plans. The annual choice gives you 2 months free service, and 30 free discs! Go to the order now tab for your code #, and then to the shopping cart.

This is a preview of the Generic Contact Disc...

see a few of the individual videos below.

The Opening Video











**BRAGGDISC**
#1 INTERACTIVE
RECRUITING SYSTEM

Home Page    The Recruiting Disc    The Product Disc    Your Back Office    Español reclutamiento    Register & Order

## HOME PAGE    2010 KICKOFF SPECIAL!! 55% OFF ($180.00 ANNUAL PLUS 20 FREE DISCS)



**Click to see how BraggDisc works and can increase your recruiting and sales!!**

# 5 Day Free trial!!

Full use of the web system, text, emails, etc. No credit card needed.  See the register tab for details

**Play the content from a website, no need to mail discs for long distance recruiting!!**

## Announcing 2 new GENERIC discs/web sites to Build your Business

**view details on the email contact system with 5 formatted emails under the backoffice tab!**



**The Generic Recruiting Disc.**
**Let Tim Sales and a Harvard PHD tell your prospect why they should join you in business. These powerful video clips from the Brilliant  Compensation DVD combined with the current uncertain economic times will send your recruiting soaring.  Preview this disc at the "Generic Recruiting Disc" tab above**



**The Generic Contact Disc.**
**All content is taken from the Food Matters DVD. Have Internationally known experts tell your prospect why they should be consuming your products Preview  this disc at the "Generic Product Disc" tab above.**

# Harness the power of your team using BraggDisc to control the point of contact & build the sales and recruiting of your business.

## *Activity measured is activity achieved*

Content copyright 2009-2010. BraggDisc. All rights reserved.



EXHIBIT
C



**BRAGGDISC**
#1 INTERACTIVE
RECRUITING SYSTEM

Home Page   The Recruiting Disc   The Product Disc   Your Back Office   Español reclutamiento   Register & Order

## THE RECRUITING DISC

### BraggDiscs are all 50% off through 2/22/2010
Preview a few of the video clips that are part of this incredible tool.

**Prices are:  $4.00 per disc... now only $2.00 each**

**Discs come in packs of 10.** There are 3 service plans. The annual choice gives you 2 months free service, and **20 free discs!** (excludes training discs)  **For more information, go to the "Register & Order"  tab, and go to the shopping cart.**



View the full disc as the client does..Click **HERE** and **use code 1202** when asked.



**The Opening Video**



**The Harvard PHD and 1990 Recession**



EXHIBIT

http://braggrecruiting.com/The_Recruiting_Disc.html                    2/10/2010



**The Take Control Video**



**No More Excuses**



**You Can Do This**



**Relationship Marketing**



**Making Money Off Friends**



**Let Me Be Blunt**

Content copyright 2009-2010. BraggDisc. All rights reserved.



**BRAGGDISC**
#1 INTERACTIVE
RECRUITING SYSTEM

| Home Page | The Recruiting Disc | The Product Disc | Your Back Office | Español reclutamiento | Register & Order |

## ESPAÑOL RECLUTAMIENTO

### BraggDiscs are all 50% off through 1/02/2010
Preview a few of the video clips that are part of this incredible tool.

**Prices are:  $4.00 per disc... now only $2.00 each**



**Discs come in packs of 10.** There are 3 service plans. The annual choice gives you 2 months free service, and **20 free discs!** (excludes training discs)  **For more information, go to the "Register & Order"  tab, and go to the shopping cart.**

View the full disc as the client does..Click **HERE** and **use code 1202** when asked



**La apertura de vídeo**



**El doctorado de Harvard he Harvard**



EXHIBIT
*E*



**The Take Control Video**



**No More Excuses**



**Usted puede hacer esto**



**Marketing de relación**



**Hacer dinero fuera de Amigos**



**Voy a ser contundente**

Content copyright 2009-2010. BraggDisc. All rights reserved.







Hello, lady
In today's world, the only security you have, is the security you make for yourself. Learn what a Harvard Business School PHD has to say about economic security.

Take control of your income

Click the Play button on each video player in order to learn how to improve your health and wealth.

4 Principles of Business 5:46

Harvard PHD/1990 Recession 4:2

Think for yourself 3:41

An average person's chance 2:14

You can choose your future 1:42

some additional thoughts

Contact Us











