UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UP-STATISTICS CORPORATION,

    Plaintiff,

v.                                                   CASE NO.: 8:10-cv-421-T-23AEP

BRAGGDISC, INC., and DALE
BOHNET,

    Defendants.
_____/

## ORDER

The plaintiff sues (Doc. 1) for, among other claims, copyright and trademark infringement under 17 U.S.C. § 501 and 15 U.S.C. § 1125(a). The plaintiff announces (Doc. 5) a settlement and requests (1) entry of a stipulated permanent injunction; (2) a final judgment in the amount of $17,919.11; and (3) dismissal of this action with prejudice. The motion (Doc. 5) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. Pursuant to 17 U.S.C. § 502, 15 U.S.C. § 1125, and Rule 65, Federal Rules of Civil Procedure, the defendants are **ENJOINED** from (1) infringing the plaintiff's copyrighted works, including the audio visual work entitled "Brilliant Compensation," registration certificates PA 957-697, SR 620-099, PA 976-037, PA 976-038; (2) infringing the plaintiff's trademarks, including the registered mark "BRILLIANT COMPENSATION," registration number 2409453; (3) using or distributing any item bearing an infringing simulation, reproduction, counterfeit, copy, or colorable imitation of the plaintiff's copyrighted work or trademark; (4) using in the sale or promotion of a

product or service not authorized or licensed by the plaintiff any infringing simulation, reproduction, counterfeit, copy, or colorable imitation of the plaintiff's copyrighted work or trademark; and (5) using in the promotion of a product or service a false designation of origin or false description that misleadingly suggests authorization or approval of the product or service by the plaintiff.  The court retains jurisdiction to enforce the injunction. The Clerk is directed to (1) enter a judgment in favor of the plaintiff and against the defendants in the amount of **$17,919.11**, plus interest accruing at the post-judgment rate; (2) terminate any pending motion; and (3) close the case.

ORDERED in Tampa, Florida, on May 25, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE